

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : SEALED |
| | : |
| v. | : CRIMINAL NO. 3:20-CR-__7_(CAR) |
| | : |
| FRANKIE BAZA and | : VIOLATION(S): |
| MISHEEL E. CRUZ SANCHEZ, | : |
| | : 21 U.S.C. § 846 i/c/w |
| Defendants | : 21 U.S.C. § 841(a)(1) |
| | : 21 U.S.C. § 841 (b)(1)(A)(viii) |
| | : |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

From on or about January 1, 2018, and continuing to on or about January 10, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**FRANKIE BAZA and
MISHEEL E. CRUZ-SANCHEZ,**

defendants herein, knowingly and intentionally conspired with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing a detectable amount of methamphetamine in, in an amount over five hundred (500) grams, in violation of Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ___15___ day of January, AD 2020.

_____
Deputy Clerk